**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:95-cr-5219 OWW |
| | ) | |
|        Plaintiff, | ) | ORDER FOR PREPARATION OF |
| | ) | REPORTER'S TRANSCRIPT OF |
|   v. | ) | AUGUST 8, 2003 PROCEEDINGS |
| | ) | RE: COUNSEL REPRESENTING |
| LLOYD GAMBLE, | ) | PETITIONER LLOYD GAMBLE |
| | ) | |
|        Defendant. | ) | |
| | ) | |

    Petitioner in this matter, through his attorney Michael B. Bigelow, Esq., has requested that a court reporter's transcript of the proceedings held August 6, 2003, at which the subject of the continued representation of Petitioner by his then counsel, Joan Levie, Esq., was resolved.

    Petitioner asserts through his attorney his belief that an order was entered that went beyond the issue of whether new counsel should be appointed to represent Petitioner.  Good cause appearing;

    IT IS ORDERED that a reporter's transcript of the August 8, 2003, telephonic proceedings concerning representation of Petitioner by counsel shall be prepared and a copy be furnished to counsel for Petitioner.  The copy shall be subject to a

1

```
 1  protective order that it not be disclosed to any other party
 2  because the subject matter concerns attorney-client privileged
 3  information addressed to the court concerning Petitioner's
 4  representation.  A copy shall therefore not be served upon
 5  government's counsel.
 6      Within ten (10) days after review of that transcript a
 7  status conference in this case shall be held to set the
 8  evidentiary hearing on Petitioner's eighth claim.
 9
10  DATED:  January 5, 2006.
11                                  /s/ OLIVER W. WANGER
12                              _____
                                      Oliver W. Wanger
13                              UNITED STATES DISTRICT JUDGE
14  dlp/usa v. gamble order
15
16
...
28
```