UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LLOYD GAMBLE,<br><br>        Defendant. | 1:95-cr-5219 OWW<br><br>SCHEDULING ORDER |

A Scheduling Conference was held July 7, 2006. Kevin Rooney, Esq., Assistant United States Attorney appeared on behalf of the United States. Michael Bigelow, Esq., appeared on behalf of Petitioner, Lloyd Gamble.

The parties have discussed with the Court the scheduling of an evidentiary hearing in these habeas proceedings.

Three issues have been presented:

1.   Petitioner's counsel raised the issue of whether any issues other than ineffective assistance of counsel are to be addressed at the evidentiary hearing. The Court will notify the parties by written order concerning that issue.

2.   The parties discussed with the Court the issue of whether any expert testimony will be required. Neither party

believes that an expert will be necessary or appropriate to address the issues in this proceeding.  A motion addressed to the appointment of an expert and taking of expert testimony shall be filed with the Court on or before August 7, 2006.  Any opposition shall be filed by August 30, 2006.

    3.    The parties discussed the matter of a hearing date for any evidentiary proceeding in this case.  The parties have agreed that a hearing date of November 16 and 17, 2006, is convenient to all parties and the Court.

    4.    The dates of November 16 and 17, 2006, commencing at 9:00 a.m. each day are reserved for the evidentiary hearing in this case.

IT IS SO ORDERED.

**Dated:   July 8, 2006**                                   **/s/ Oliver W. Wanger**
emm0d6                                                       UNITED STATES DISTRICT JUDGE