**MICHAEL B. BIGELOW**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Lloyd Gamble

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR F 95-5219 OWW |
|                                  ) |     CIV F 95-5178 OWW |
|       Respondent/Plaintiff       ) | |
|                                  ) | **ORDER** |
|                                  ) | |
|              v.                  ) | |
|                                  ) | |
| LLOYD GAMBLE,                    ) | |
|                                  ) | |
|       Petitioner/Defendant       ) | |

**FOR GOOD CAUSE SHOWN,** and the reasons set forth in petitioner's moving papers, it is ordered that STEVEN D. BAUER, ESQ., be permitted to testify as an expert witness in this matter on the limited subject matter set forth by petitioner.

Accordingly, Mr. Bauer is appointed pursuant to CJA and is to be compensated at the rate of $150 per hour not to exceed 12 hours, including travel time, court time and preparation time.

**IT IS SO ORDERED**

DATED: September  13, 2006     /s/ Oliver W. Wawnger
                               Hon. Oliver W. Wanger
                               United States District Court, Judge

1

PDF created with pdfFactory trial version www.pdffactory.com