```
DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LLOYD GAMBLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LLOYD GAMBLE,<br><br>    Defendant. | No. Cr. F 95-5219 OWW<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

Defendant, LLOYD GAMBLE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kevin P. Rooney, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Gamble was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Accordingly, Mr. Gamble's adjusted offense level has been reduced from 32 to 30, and a comparable sentence at the low end of the new guideline range would be 174 months;

4. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Gamble's term of imprisonment to a term of 174 months.

Dated: June 10, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>LLOYD GAMBLE |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On March 30, 2007, this Court resentenced Mr. Gamble to a term of imprisonment of 216 months. The parties agree, and the Court finds, that Mr. Gamble is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 32 to 30.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to a term of 174 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Gamble shall report to the United States Probation office closest to the release destination within

1  seventy-two hours after his release.

2  IT IS SO ORDERED.

3  **Dated:   June 11, 2008**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-