# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:95-CR-5219 OWW |
| LLOYD GAMBLE ) | USM No: 57022-097 |
| Date of Previous Judgment: 4/17/2007 ) | DAVID PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __216__ months **is reduced to** __174__ months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):


**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __4/17/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  __6/30/08__                                           /s/ OLIVER W. WANGER
                                                                                          Judge's signature

Effective Date:  _____                   OLIVER W. WANGER, US DISTRICT JUDGE
              (if different from order date)                                Printed name and title